FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2013

No. 04-11-00443-CV
No. 04-11-00649-CV

Pamela **SCHEEL** and Gary Poenisch,
Appellants,

v.

Brian **ALFARO** and Primera Energy Partners, L.L.C.
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-11604
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2013.

_____
Keith E. Hottle
Clerk of Court